

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00262-CV

**Guamnetta M. Briggs**

**v.**

**Bank of America, N.A., and Federal National Mortgage Association**

NO. 2010-CI-13120 IN THE 131ST DISTRICT COURT OF BEXAR COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/23/2015 | E-PAID | APE |
| MT FEE | $10.00 | 03/23/2015 | E-PAID | APE |
| MT FEE | $10.00 | 07/15/2014 | NOT PAID | APE |
| RPT RECORD | UNKNOWN | 04/25/2014 | UNKNOWN | UNK |
| CLK RECORD | UNKNOWN | 04/23/2014 | UNKNOWN | UNK |
| RPT RECORD | $125.00 | 04/02/2014 | UNKNOWN | ANT |
| FILING | $195.00 | 03/06/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $350.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my

hand and the seal of the Court of Appeals for the
First District of Texas, this March 31, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT